IN THE

U.S. District Court of Northern Mariana Islands

FILED
Clerk
District Court
FEB -6 2008
For The Northern Mariana Islands
By_____
(Deputy Clerk)

CV 08 0006
CASE NO:_____

John Robert Demos, Jr.,

(PETITIONER)

VS:

THE STATE OF WASHINGTON, THE TERRITORY OF WASHINGTON, & THE PEOPLE OF THE STATE OF WASHINGTON; & THE U.S.A.,

(RESPONDENT)

"PETITION IN ADMIRALTY PURSUANT TO THE LAW MERCHANT, & THE LAW OF THE FLAG"

PURSUANT TO: 340 F. 2D 290; 27 F. 2D 1002; 368 F. 2D 426; 313 F.2D 359; 284 U.S. 352; **346 U.S. 406; 346 U.S. 556; 254 F. 2D 55;

..............................

TO: THE CLERK OF THE COURT: TO: THE ADMIRALTY COURT:

COMES NOW THE PETITIONER, John Robert Demos, Jr., WHO AVERS, PROFFERS, AND DEPOSES THE FOLLOWING, UNDER THE PAIN, AND PENALTY OF PERJURY:

A: THAT I AM A "STATE CITIZEN".

B: THAT I AM A "MAN OF THE SOIL".

C: THAT I AM A DISCIPLE OF THE LAWS OF NATURE, AND OF NATURE'S GOD.

D: THAT I AM ENDOWED BY MY CREATOR WITH CERTAIN "INALIENABLE RIGHTS".

(1).

## QUESTIONS PRESENTED

#1: WILL THE COURT IMPOSE A "CONSTRUCTIVE TRUST" IN THIS ACTION?

#2: HAVE THE RESPONDENT'S COMMITTED FRAUD, EITHER ACTUAL OR CONSTRUCTIVE?

#3: CAN THE COURT INTERVENE IN THIS MATTER?

#4: WILL THE COURT INTERCEDE IN THIS MATTER?

#5: DOES THE COURT HAVE "JURISDICTION" IN THIS ACTION?

#6: WILL THE COURT PROVIDE THE PETITIONER WITH AN "EQUITABLE" REMEDY?

#7: ARE THE ELEMENTS OF "ADVERSE POSSESSION" PRESENT IN THIS ACTION?

#8: IS MISREPRESENTATION AN ELEMENT OF FRAUD?

#9: IS "PIRACY" A CRIME UNDER THE LAW OF NATIONS?

#10: CAN "CITIZENS" BE DEEMED/DECLARED TO BE "PIRATES" BY THE COURT?

#11: CAN ROBBERY BE COMMITTED "ASHORE" ON DRY LAND?

#12: CAN "ALIENS"/ENEMY ALIENS BE DEEMED TO BE PIRATES?

#13: IS THE RECIEPT OF PIRATE PROPERTY A FELONY?

#14: IS "PIRACY" GOVERNED UNDER THE JURISDICTION OF THE "SEA" KNOWN AS "ADMIRALTY/MARITIME" LAW?

## JURISDICTION OF THE COURT

28 U.S.C.A. 1333;

40 U.S.C.A. 740, 741,

285 U.S. 22;

358 U.S. 354;

264 U.S. 375;

4 WALL. 411;

384 U.S. 158;

437 F. 2D 219;

14 F. 2D 949;

274 U.S. 117;

4 F. 2D 3;

346 U.S. 556;

346 U.S. 556;

201 F. 2D 610;

365 U.S. 731;

****ART. 111-SEC. 2-CL. 1;

1 F. SUPP. 256;

***238 F. 2D 611;

172 F. SUPP. 911;

48 F. SUPP. 193;

336 U.S. 511;

****349 F. 2D 571;

## PARTIES TO THIS ACTION

THE DISTRICT OF COLUMBIA;

THE STATE OF WASHINGTON;

THE UNITED STATES OF AMERICA;

The United States Of America;

THE UNITED STATES;

The United States;

THE TERRORITY OF WASHINGTON;

THE STATE OF HAWAII;

America;

AMERICA;

THE DISTRICT OF NEW COLUMBIA;

THE PEOPLE OF THE STATE OF WASHINGTON;

THE PEOPLE OF THE UNITED STATES OF AMERICA;

THE PEOPLE OF THE TERRITORY OF WASHINGTON;

THE UNITED NATIONS;

GROUNDS FOR PETITION

A: AMERICA HAS BEEN SOLD TO THE UNITED NATIONS, AND IS MERELY AN "INSTITUTIONAL UNIT" OF THE INTERNATIONAL MONETARY FUND.
AMERICA'S CITIZENS ARE DEFICIENT OF ALL RIGHTS UNDER THE "CONSTITUTION FOR THE UNITED STATES (1787) OR THE CONSTITUTION OF THE UNITED STATES (1868), HAVING BEEN USURPED BY "SEQUESTRATION".

B: IS THE 1976 "DECLARATION OF INTERdependence" SIGNED OFF BY MEMBERS OF THE UNITED STATES CONGRESS AN ACT OF "SEDITION", AND HIGH TREASON?  IF SO, DOES THIS PETITIONER HAVE "GROUNDS" TO HAVE HIS ISSUES HEARD, AND ADJUDICATED?

C: THE U.S. IS IN POSSESSION OF "PROPERTY" THAT BELONGS TO THE PETITIONER, WHICH CONSTITUTES "ADVERSE POSSESSION".
PETITIONER SEEKS A WRIT OF SEQUESTRATION FROM THE "ADMIRALTY" COURT.
THE UNITED STATES IS IN POSSESSION OF "MILLIONS" OF DOLLARS THAT BELONG TO PETITIONER, NAMELY FUNDS THAT THE U.S. GOVERNMENT HAS MADE "FRAUDULENTLY" FROM OFF OF THE PETITIONER'S "BIRTH CERTIFICATE" WHICH IS REGISTERED WITH THE U.S. TREASURY DEPARTMENT, AND IS USED TO PAY OFF THE SOCIAL SECURITY DEBT.
THE BIRTH CERTIFICATE IS WRITTEN IN AN "ALL-CAPITAL" LETTER (UPPER-CASE-SPELLING) WHICH DENOTES A FORM OF SLAVERY.
A "LOWER-CASE-SPELLING DENOTES A FREE MAN"

GROUNDS FOR PETITION/PART. 11

D: THE WAR POWERS ACT OF 10/6/1917, WAS "AMENDED" BY THE "EMERGENCY BANKING ACT" OF 3/9/1933, WHICH "CHANGED" THE MEANING OF "ENEMIES" OF THE UNITED STATES "FROM FOREIGNERS TO THAT OF UNITED STATES CITIZENS.

NOTWITHSTANDING, THIS OPEN DECLARATION OF WAR HAS FRAUDULENTLY GRANTED PERMISSION TO THE FOREIGN POWERS OF INTERPOL TO ATTACK & KILL AMERICANS, WHICH CONSTITUTES "CRIMINAL ACTS" OF "INLAND PIRATES".

***THE PROSECUTION OF ALL ILLEGAL ACTIVITIES KNOWN AS "PIRACY" IS GOVERNED UNDER THE JURISDICTION OF THE "SEA", KNOWN AS ADMIRALTY/MARITIME LAW.

THE EMERGENCY BANKING ACT OF 1933, "ENACTED" ADMIRALTY/MARITIME LAW UPON "THE LAND" IN ACTIVITIES KNOWN AS "INLAND PIRACY";
WAGED UPON EVERY CITIZEN BY "INLAND PIRATES"(POLICE OFFICERS) AND NOT CONSTITUTIONAL LAND LAW ENFORCEMENT (PEACE OFFICERS)

THAT'S THE "POLICE CAR", WAS LAWFULLY RENAMED A "POLICE CRUISER" A POLICE CRUISER IS A "INLAND PIRATES" VESSEL KNOWN AS A "WAR CRUISER" UPON THE LAND, OPERATED NOT BY CONSTITUTIONAL LAW ENFORCEMENT OFFICERS, WHO RECIEVE THEIR PAY IN CONSTITUTIONAL GOLD & SILVER, BUT BY "INLAND PIRATES", WHO ARE PAID IN A FOREIGN CURRENCY TO THE CONSTITUTION FOR THE UNITED STATES (1787). INLAND PIRATES ARE PAID IN "PAPER CURRENCY/GREENBACKS"...

***THE "LAND" POLICE CRUISER IS EQUIVALENT TO A "SEA VESSEL" WAR CRUISER. (18 U.S.C.A. 1661)

5

<u>GROUNDS FOR PETITION</u>/PART. 111:

THEREFORE, EVERY ACTIVITY PERFORMED BY A POLICE OFFICER (BY ANY NAME OR TITLE) THAT IS NOT PAID IN CONSTITUTIONAL GOLD AND SILVER, IS LAWFULLY RECOGNIZED AS AN "<u>INLAND PIRATE</u>" THAT CAN BE SUED (IN HIS PRIVATE CAPACITY) SIMPLY FOR TURNING ON HIS EMERGENCY LIGHTS AND PULLING YOU OVER, OR FOR DEMANDING TO SEE YOUR IDENTIFICATION.

AS FOR THE GOODS TAKEN (VEHICLE CONFISCATION, CASH FINES, PERSONAL JAIL TIME, etc.,) IN ADMIRALTY/MARITIME LAW, THEY ARE CALLED "<u>PRIZES</u>".

****THE U.S. DISTRICT COURT IS A "<u>COURT OF THE SEA</u>".

THE DISTRICT COURT OF THE UNITED STATES IS A "<u>COURT OF THE LAND</u>".

THIS IS WHY THE JUDGES IN THE U.S. DISTRICT COURTS "WILL NOT" ALLOW THE CONSTITUTION <u>FOR</u> THE UNITED STATES (1787) TO BE CITED WITHIN THEIR COURTS OF THE SEA. 1 KENT. COMM. 101-103, 253-360;

***WITHOUT A GOLD & SILVER MONETARY SYSTEM, "THERE IS NO UNITED STATES FEDERAL GOVERNMENT!. NO PRESIDENT! NO CONGRESS! NO SENATE! NO JUDGES! NO COURTS! NO LAW ENFORCEMENT! NO STATES! NO AMERICAN FLAG! NO RIGHTS! NO FREEDOM! NO PRIVATE PROPERTY!

NO SILVER & GOLD= NO SOVEREIGN AUTHORITY:

PIRACY UNDER THE LAW OF NATIONS =18 U.S.C.A. 1652; & 1651, & 1653, & 1660, & 1661;

(REFER ALSO TO 18 U.S.C.A. 2382; 1091; 1385; 2381;)

6

ISSUES PRESENTED

A: IS THE STATE OF WASHINGTON (AND ALL OTHER TITLES THAT IT GOES BY) GUILTY OF THE FOLLOWING ACTS OF MISCONDUCT:

1: FRAUD;

2: TREASON;

3: DEBASEMENT OF COINS;

4: MISPRISON OF TREASON;

5: GENOCIDE AGAINST THE STATE CITIZENRY;

6: DURESS, COERCION, & INTIMIDATION;

7: POSSESSION OF FALSE PAPERS TO DEFRAUD THE STATE;

8: POSSESSION OF FALSE PAPERS TO DEFRAUD THE UNITED STATES;

9: ROBBERY ASHORE;

B. HAS PETITIONER BEEN CAPTURED AS A "PRIZE"?

C. IS THE ADMIRALTY COURT A PRIZE COURT?

D. HAS PETITIONER BEEN CAPTURED ON THE LAND BY INLAND PIRATES?

[REFER TO 1 KENT. 101-103, 253-260]

E. WHETHER OR NOT THE U.S.A. IS MERELY A CORPORATE ENTERPRISE.

7

ISSSUES PRESENTED FOR REVIEW /PART. 11

A: CAN ELECTED GOVERNMENT OFFICIALS "EMIT", "UTTER", & SUBSTITUTE PAPER "BILLS" OF CREDIT, BY IMPLEMENTATION OF THE "COINAGE ACT OF 1965".?
WHETHER OR NOT COINAGE ACT OF 1792 IS "LEGAL", AND "DEJURE, AND THE COINAGE ACT OF 1965 IS "ILLEGAL", AND "DEFACTO.
(REFER TO 18 U.S.C.A. 331 & 332 & 31 U.S.C.A. 321)

B: WHETHER OR NOT IT IS FUNDAMENTALLY REQUIRED THAT A CONSTITUTIONAL AMENDMENT BE OBTAINED TO FUNDAMENTALLY "CHANGE", "ALTER", "ABRIDGE", OR "ABOLISH" THE CONSTITUTIONAL MANDATES, PROVISIONS, BASED SOLELY UPON EXECUTIVE ORDER.
IS ART. 1-SEC. 8-CL. 5 & 6, & ART. 1-SEC. 10-CL. 1 & PUBLIC LAW 96 STAT. 1211 THE SUPREME LAW OF THE LAND?
(REFER ALSO TO 50 U.S. 560)

C: WHEHTHER/WHETHER OR NOT IT IS "LEGAL" TO PLACE THE ENTIRE TAXING & MONETARY SYSTEM UNDER THE COMPLETE CONTROL, AND JURISDICTION OF THE "UNIFORM COMMERCIAL CODE"...

D: WHETHER OR NOT IT WAS "CONSTITUTIONAL" FOR THE STATE OF WASHINGTON UPON IT'S COLLUSION & CONSPIRACY IN THE "DEBAUCHMENT OF THE DEJURE, CONSTITUTIONAL MONEY SYSTEM, TO "RE-ORGANIZE" ITSELF PURSUANT TO THE 1988 ADMINISTRATIVE PROCEDURE ACT, AS STATED IN R.C.W. 34.05.001: & R.C.W. 82.56.010:

<u>ISSUES PRESENTED FOR REVIEW</u>/PART. 111:

E: (3) U.S. PRESIDENTS HAVE DECLARED NATIONAL EMERGENCIES IN THE 19th (NINETEENTH) CENTURY, ROOSEVELT IN 3/9/1933; TRUMAN ON 12/16/1950; & NIXON ON 3/23/1970, & 8/15/1971: PRESIDENT LINCOLN IN 1861 DECLARED A NATIONAL EMERGENCY SHORTLY BEFORE THE COMMENCEMENT OF THE CIVIL WAR. THESE ACTS "SUSPENDED" THE UNITED STATES CONSTITUTION, AND EFFECTIVELY "<u>DISSSOLVED</u>" THE UNITED STATES GOVERNMENT. THE ISSUE IS WHETHER OR NOT A "INSOLVENT", BANKRUPT, AND FOREIGN OWNED FEDERAL GOVERNMENT/CONGRESS HAS THE POWER TO "<u>MAKE LAW</u>", THE PRESIDENT THE POWER TO "<u>ENFORCE</u>" THE LAW, AND THE U.S. SUPREME COURT THE POWER TO "<u>INTERPRET</u>" THE LAW.

***NO "<u>EMERGENCY</u>" JUSTIFIES A VIOLATION OF ANY CONSTITUTIONAL PROVISION. (602 P. 2D 711, (1979) & 290 U.S. 398 (1933); (REFER ALSO TO U.S.SENATE REPORT NO. 93-549)

F: WHETHER OR NOT THE AMERICAN PUBLIC CAN BE FORCED TO LIVE OUT THEIR LIVES UNDER <u>EMERGENCY RULE:</u>
WHETHER UNDER EMERGENCY RULE, THE GOVERNMENT HAS TO FOLLOW THE ORBIT OF THE U.S. CONSTITUTION OF 1787:
(REFER TO PUBLIC LAW 95-147)

G: WHETHER OR NOT THE U.S. GOVERNMENT BY BECOMING A "CORPORATOR" (22 U.S.C.A. 286e) LAYS DOWN IT'S SOVEREIGNTY AND TAKES ON THAT OF A PRIVATE CITIZEN. IF SO, CAN IT EXERCISE POWERS "NOT" DERIVED FROM THE CORPORATE CHARTER? 9 WHEAT 244;

9

## REMEDY

A: THAT I BE IMMEDIATELY AWARDED MY RELEASE FROM PRISON, RESTRAINT OF MY LIBERTY, AND SET FREE.

B: THAT I BE COMPENSATED FOR THE "SEQUESTRATION" OF MY PROPERTY (MY CAPTIVITY IN PRISON/JAIL TIME) BY <u>INLAND PIRATES</u>.

C: THAT THE ADMIRALY COURT INSTITUTE A "<u>CONSTRUCTIVE TRUST</u>" IN THIS MATTER.

D: THAT THE ADMIRALTY COURT PLACE THIS MATTER ON IT'S "PRIORITY" DOCKET, AND EXPEDITE THE PROCEEDINGS TO PREVENT A GRAVE MISCARRIAGE OF JUSTICE.

E: THAT THE ADMIRALTY COURT USE 3 WHEAT. 610 AS A "GUIDE" IN THIS MATTER.

F: THAT THE ADMIRALTY COURT TURN THIS "THIN" PAPER, INTO "THICK" ACTION TO UPHOLD THE DIGNITY OF THE COURT, AS JUSTICE DELAYED IS JUSTICE DENIED.
OF ALL THE THINGS THAT JUSTICE ABHORS, IT"S GREATEST DISLIKE IS FOR INSTANCES & OCCURENCES WHEN JUSTICE IS HIDDEN.

## CONCLUSION

18 U.S.C.A. 1651 THRU 1661 DEALS WITH "PIRACY & PRIVATEERING".

18 U.S.C.A. 1661 CONCERNS "ROBBERY/PIRACY ASHORE, OR ON THE LAND".

(REFER TO, 62 STAT. 775)

"CONGRESSIONAL AUTHORITY TO REGULATE "COMMERCE" AND NAVIGATION EXTENDS TO SUCH ACTS DONE "ON LAND" WHICH INTERFERE WITH, OBSTRUCT, OR PREVENT DUE EXERCISE OF POWER TO REGULATE COMMERCE AND NAVIGATION WITH FOREIGN NATIONS AND AMONG STATES. 37 U.S. 72;

PER 18 U.S.C.A. 1660-IT IS A "FELONY" TO RECIEVE, OR TAKE INTO CUSTODY PROPERTY "FELONIOUSLY" TAKEN BY A "PIRATE" AGAINST THE LAWS OF THE NATIONS, OR THE LAWS OF THE UNITED STATES. (62 STAT.775)

U.S. ADMIRALTY COURT HAS JURISDICTION OVER PIRACY OFFENSES COMMITTED ON SHORE, OR ON THE LAND, F. CAS. NO. 16051 (1852);

"TO STEAL, OR PLUNDER IS A CRIME OF LARCENY", 8 F. 232;

"PIRATES" WHO CONSPIRE, TO COMMIT ACTS OF PLUNDER, ARE GUILTY OF CONSPIRACY, 7 F. 715;

"INTENT" CAN BE ESTABLISHED, EVEN IF THE "PIRATING", AND PLUNDER TOOK PLACE ON "THE SHORE", OR ON DRY LAND, 8 F. 232; 37 U.S. 72;   35 STAT. 1146;

"PIRATES", & THE "POLICE FORCE" WHO ARE U.S. CITIZENS, WHO CRUISE AROUND THE CITIES & TOWNS, AND COMMIT ATROSITIES, AND CRIMES UPON THE UNSUSPECTING PUBLIC, ARE GUILTY OF A FELONY, 18 U.S.C.A. 1654, (62 STAT. 774)

CONCLUSION/PART. 11

A "PIRATE" IS ONE WHO ROVES THE LAND IN A POLICE CRUISER, WITHOUT ANY COMMISSION FROM A "SOVEREIGN" STATE, (THE UNITED STATES IS "NOT" A SOVEREIGN STATE, AS SHE IS "BANKRUPT", AND HER DOLLAR IS NOT BACKED BY "GOLD OR SILVER". THUS, ANY COMMISSION ISSUED TO A "PIRATE" BY THE U.S. WOULD BE "FRAUDULENT", AND VOID. F. CAS. NO. 3661; & F. CAS. NO. 14501;

BASED ON ALL OF THE ABOVE, IT IS CLEAR, COGENT, AND CONVINCING, THAT "PIRACY" CAN BE COMMITTED ON THE LAND, JUST AS WELL AS IT CAN BE COMMITTED ON THE HIGH SEA'S....

(REFER ALSO TO 61 AMERICAN JURISPRUDENCE 2d, PIRACY SECTIONS 3, 8, & 9; 70 AMERICAN JURISPRUDENCE 2d, SHIPPING-SECTION 337;

THE U.S. COURT OF ADMIRALTY DOES HAVE "EXCLUSIVE" JURISDICTION OF ACTS OF "PILLAGE", "PLUNDER, AND "PIRACY" COMMITTED "ON SHORE"

THIS FORM OF PRIMITIVE PIRACY IS CALLED "INLAND PIRACY"...
INLAND PIRATES USE VESSELS CALLED A "POLICE CRUISER, A POLICE CRUISER IS A "INLAND PIRATES" VESSEL KNOWN AS A "WAR CRUISER" UPON THE LAND.

PER THE "EMERGENCY BANKING ACT OF 1933", THE U.S. HAS DECLARED "WAR" ON IT'S OWN CITIZENS. INCLUDED IN THE "DEFINITION OF THE WORD EMERGENCY, IS THE WORD "WAR"... "PIRATES" ARE NOTHING MORE THAN "EXPATRIATED" U.S. CITIZENS, WHO ARE ADVOCATING THE OVERTHROW OF THE UNITED STATES, NOW SERVING AS AGENTS OF "INTERPOL", THEREBY BEING IN REBELLION/INSURRECTION AGAINST THE UNITED STATES.

(18 U.S.C.A. 2385, 8 U.S.C.A. 1481, 18 U.S.C.A. 2383, 22 U.S.C.A. 612(a) 18 U.S.C.A. 959, 912, 287;

CONCLUSION/PART. 111

"PIRATES" ARE NOTHING MORE THAN "FORMER" REBELLIOUS U.S. CITIZENS IN REBELLION & INSURRECTION AGAINST THE U.S., AND ARE NOW LEGALLY RECOGNIZED AS <u>UNREGISTERED FOREIGN AGENTS</u>" OF A FOREIGN GOVERNMENT, OF WHOM ARE FRAUDULENTLY IMPERSONATING OFFICERS OF THE UNITED STATES, THEREBY ILLEGALLY EMPLOYED AS AGENTS OF A FOREIGN PRINCIPAL, ENLISTED IN THE SERVICES OF FOREIGN GOVERNMENTS TO SERVE "AGAINST THE UNITED STATES", IN AN <u>ABUSE OF PROCESS</u>, PUBLICLY SUBMITTING FALSE DOCUMENTS, OF THEIR TRUE NATURE AND CAUSES, UNLAWFULLY BLACKMAILING, AND ENTICING THE AMERICAN PUBLIC INTO SLAVERY OF A "<u>NEW WORLD ORDER</u>", VIA THEIR CRIMINAL CONDUCT OF UNLAWFULLY MAKING ARRESTS & SEARCHES IN VIOLATION OF "CIVIL RIGHTS", BY "<u>CONSPIRING</u>" TO COMMIT OFFENSE AND TO DEFRAUD THE UNITED STATES, AND CONSPIRING TO COMMIT <u>SEDITION</u> AGAINST THE UNITED STATES IN A BREACH OF LEGAL DUTY, HEREIN STATED, BUT NOT LIMITED TO,

A: AIDING & ABETTING <u>THE EXPATRIATION OF U.S. CITIZENSHIP</u> BY ALL U.S. MILITARY PERSONNEL (WITHOUT THEIR KNOWLEDGE) TO BECOME FOREIGN CITIZENS AND POLICE AGENTS OF THE UNITED NATIONS DURING THE WAR IN AFGHANISTAN, THE WAR IN IRAQ, THE KOREAN CONFLICT, THE VIETNAM CONFLICT, AND THE PERSIAN GULF CONFLICT.

B: <u>AIDING & ABETTING</u> THE "<u>COUNTERFEITING</u>" OF THE LAWFUL CONSTITUTIONAL COIN, <u>DEBASING THE COINS</u> OF THE UNITED STATES.

C: AIDING & ABETTING THE <u>EMITTING & UTTERING OF FRAUDULENT SECURITIES</u>. ALL DONE VIA FOREIGN JURISDICTIONS TO THE U.S. CONSTITUTION OF 1787, FOR INTERNATIONAL BANKING ORGANIZATIONS AND FOREIGN ARTIFICIAL CORPORATE GOVERNMENTS ILLEGALLY PROMOTING A "<u>ONE WORLD GOVERNMENT</u>"...

CONCLUSION/PART. 1V

THEREBY, ILLEGALLY COMMITTING GENOCIDE AGAINST THE AMERICAN PEOPLE, THEIR LIVES, THEIR LIBERTIES, AND IN THEIR PURSUITS OF HAPPINESS IN DIRECT "MISPRISON AGAINST THE STATE CITIZENRY, AND SOVEREIGNTY OF THE UNITED STATES, AS WELL AS THE CAPTIVE U.S. CITIZENS, AND IN COMMITTING TREASON AGAINST THE UNITED STATES, PAYING FOR, PLANNING, AND DEVISING SYSTEMATIC SCHEMES TO SURRENDER THE SOVEREIGNTY OF THE UNITED STATES OF AMERICA, AND THAT OF THE SEVERAL STATES OF THE UNION, ALL WHILE FUNCTIONING AS COMMUNIST, AND OPERATING EXCLUSIVELY AS "INLAND PIRATES", AGAINST THE AMERICAN PEOPLE.

(REFER TO 18 U.S.C.A. 7)
(REFER TO 18 U.S.C.A. 1341)
(REFER TO 18 U.S.C.A. 332)
(REFER TO 18 U.S.C.A. 1002, 1003)
(REFER TO 18 U.S.C.A. 479)( 18 U.S.C.A. 478)
(REFER TO 18 U.S.C.A. 247)
(REFER TO 18 U.S.C.A. 471)
(REFER TO 18 U.S.C.A. 241, & 242)
(REFER TO 42 U.S.C.A. 1981, 1982, 1983, 1985, & 1986)
(REFER TO 18 U.S.C.A. 2390)
(REFER TO 1 AM. JUR. 2d "ABUSE OF PROCESS", SEC. 16, 18, & 19)
(REFER TO 18 U.S.C.A. 1583, & 287)
(REFER TO 18 U.S.C.A. 873)
(REFER TO 18 U.S.C.A. 1001, 1018, 1025)( 18 U.S.C.A. 1028)
(REFER TO PUBLIC LAW 330-69 STAT. 624)
(REFER TO 18 U.S.C.A. 2384)
(REFER TO 8 U.S.C.A. 1481)

<u>CONCLUSION/PART. V</u>

ALL OF THESE ATROCIOUS, UNCONSTITUTIONAL, CRIMINAL, AND IMMORAL ACTIVITIES WERE DONE UNDER THE "FRAUDULENT" AUTHORITY OF A FORMAL "DECLARATION OF WAR" AGAINST THE AMERICAN PUBLIC, BY "INLAND PIRATES" USING POLICE CRUISERS, AS WAR SHIPS, OF WHICH DECLARATION OF WAR WAS INSTITUTED WITH THE ENACTMENT OF THE EMERGENCY BANKING ACT OF MARCH 9th, 1933 (48 STAT. 1), WHICH AMENDED THE WAR POWERS ACT OF 10/6/1917, THEREBY CHANGING HISTORY, AND THE MEANING OF "ENEMIES" OF THE UNITED STATES FROM "FOREIGNERS" TO THAT OF UNITED STATES CITIZENS.

(REFER TO 18 U.S.C.A. #0#1652/CITIZENS AS PIRATES)

(REFER TO 18 U.S.C.A. 1661/ROBBERY ASHORE ON DRY LAND)

WHEREIN AFFAIANT FURTHER SAYETH NAUGHT:

/S/ *John R. Demos*
John Robert Demos #287455
STAFFORD CREEK CORRECTIONAL CENTER
191 CONSTANTINE WAY
ABERDEEN, WASHINGTON. (98520)

1/4/2008

15

IN THE

_____

_____, _____

John Robert Demos, Jr.,                 )  CASE NO: _____
                                        )
        (PETITIONER)                    )
                                        ) "SPECIAL STATEMENT OF THE PETITIONER"
        VS:                             )
                                        )
THE STATE OF WASHINGTON; THE            )
TERRITORY OF WASHINGTON; & THE          )
PEOPLE OF THE STATE OF                  )
WASHINGTON; (RESPONDENT)                )
                                        )

..................................

TO: THE CLERK OF THE ABOVE STYLED COURT:

    COMES NOW THE PETITIONER, WHO AVERS, AND DEPOSES THE FOLLOWING, UNDER THE PAIN, AND PENALTY OF PERJURY.

    THAT MY ISSUES ARE NOT "REPETITIVE", FRIVOLOUS, OR MADE WITH AN INTENT TO HARASS.

    THAT MY ISSUES ARE NOT PROMULGATED, OR CONSTRUCTED TO RETALIATE AGAINST ANYONE, BUT ARE FRAMED WITH THE SOLE OBJECTIBE/OBJECTIVE OF ARRIVING AT JUSTICE.

    MY PLEADINGS SHOW THAT I AM THE "VICTIM", AND NOT THE "VICTIMIZER". THAT I AM THE "TARGET", AND NOT THE "GUNMAN".

    I COME BEFORE THE COURT IN GOOD FAITH, AND I BRING THIS ACTION WITH CLEAN HANDS.

                                    /S/ _John R. Demos_____
                                        John Robert Demos #287455

1/4/2008