IN THE

UNITED STATES DISTRICT COURT ~~IN~~ OF
NORTHERN MARIANA ISLANDS
_____, _____

| | |
|---|---|
| John Robert Demos, Jr., ) | U.S.D.C. CASE NO:_____ |
| ) | |
| (PETITIONER) ) | "REQUEST FOR PERMISSION TO FILE" |
| ) | |
| VS: ) | |
| ) | |
| THE UNITED STATES OF AMERICA; ) | |
| & HER AGENT, AND CORPORATE ) | |
| VASSEL, THE STATE OF WASHINGTON; ) | |
| ) | |

.............................

TO: THE CLERK OF THE COURT:

   COMES NOW THE PETITIONER, John Robert Demos, Jr., WHO RESPECTFULLY MOVES THE SAID COURT, FOR PERMISSION TO FILE THE ATTACHED LEGAL PLEADINGS TO PREVENT A GRAVE MISCARRIAGE OF JUSTICE. PETITIONER ASSERTS THAT HE IS THE VICTIM OF FRAUD, PILLAGE, PIRACY, AND PLUNDER COMMITTED BY "INLAND PIRATES" OPERATING UPON THE INLAND SHORES, AND THAT HE "DEMANDS" REDRESS.

   "PIRACY COMMITTED UPON THE LAND IS A FELONY"..

   THE ADMIRALTY COURTS HAVE JURISDICTION OVER ALL ACTS OF "PIRACY", PILLAGE & PLUNDER.

   DUE TO THE ACTS OF PIRACY, AND DISPOILATION, PETITIONER HAS BEEN ILLEGALLY RESTRAINED OF HIS LIBERTY IN PRISON, NOT TO MENTION BEING HELD CAPTIVE, AND OTHER ACTS TO NUMEROUS TO MENTION.

   MAY IT SO PLEASE THE COURT:

1/4/2008

/S/ _John Robert Demos_
John Robert Demos #287455

17

<u>AFFIDAVIT OF John Robert Demos</u>

STATE OF WASHINGTON    )
                       ) SS:   PURSUANT TO: 28 U.S.C.A. 1746;
COUNTY OF GRAYS HARBOR )

I, John Robert Demos, DEPOSE, AVER, AND PROPOUND THE FOLLOWING UP UNDER THE PAIN, AND PENALTY OF PERJURY:

A: THAT I AM A "STATE CITIZEN".

B: THAT I AM OF LEGAL AGE, SOUND MIND, AND THAT I AM COMPETENT TO BE A DECLARANT HEREIN.
   THAT MY ISSUES RAISED IN THIS PLEADING ARE "NEW" ISSUES, AND THAT THEY HAVE NOT BEEN ENTERTAINED, DECIDED, AND OR RULED UPON BY ANY OTHER COURT, EITHER STATE OR FEDERAL.

C: THAT I AM BEING RESTRAINED OF MY LIBERTY BY "INLAND PIRATES", WHO NOT CONTENT TO WORK THEIR CRIMINAL MAJIC" ON THE HIGH SEA'S HAVE NOW TURNED TO THE LAND, AND THE INLAND SHORES.

D: THAT I HAVE NO OTHER ADEQUATE, COMMENSURABLE, NOR SPEEDY REMEDY AT LAW.

MAY IT SO PLEASE THE COURT:

/S/ *John R. Demos*

John Robert Demos #287455

1/4/2008

18