# UNITED STATES DISTRICT COURT
~~WESTERN DISTRICT OF WASHINGTON~~
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN ROBERT <br> _Plaintiff / Petitioner_ <br> Vs. <br> THE U.S.A., & THE STATE OF WA., <br> _Defendant(s) / Respondent(s)_ | No._____ <br><br> APPLICATION TO PROCEED <br> IN FORMA PAUPERIS, SUPPORTING <br> DOCUMENTATION AND ORDER |

I, __JOHN ROBERT DEMOS__, declare that I am the Plaintiff / Petitioner in the above-entitled proceeding; that, in support of my request to proceed without being required to pay fees, costs, or give security therefor, I state that because of my poverty, I am unable to pay the cost of said proceeding or give security therefor, that I believe that I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

☐ **I am** presently employed       Name and address of my employer _____

The amount of my salary or wages per month ( net and gross ) _____  _____

☒ **I am not** presently employed     Date of last employment __1-7-1988__

The amount of my salary or wages per month was ( net and gross ) __$100 A week__

1. During the past 12 months, I:

   | DID | DID NOT | |
   |---|---|---|
   | ☐ | ☒ | Receive payments, from business, profession or other self employment If so, the total was $ _____ . |
   | ☐ | ☒ | Receive rent payments, interest, dividends <br> If so, the total was $ _____ . |
   | ☐ | ☒ | Receive pensions, annuities, or life insurance payments, <br> If so, the total was   $ _____ . |
   | ☐ | ☒ | Receive disability, or workers compensation payments <br> If so, the total was   $ _____ . |
   | ☐ | ☒ | Receive gifts or inheritances , If so, the total was  $ _____ . |
   | ☐ | ☒ | Receive money from any other source, <br> If so, the total was  $ _____ |

SCCC   FD - 5                                                                 1

_19_

2. At this time I:

| DO | DO NOT | |
|---|---|---|
| ☐ | ☑ | Have money in a checking or savings account<br>If so, the total is $ _____ . |
| ☐ | ☑ | Own or have interest in any real estate, stocks, bonds, notes, automobiles, or other valued property (except normal household furnishing and clothing)<br>If so, describe the property and its approximate value.<br>_____<br>_____ |
| ☐ | ☑ | Are any persons dependant on you for support?<br>If so, state your relationship with those persons, and indicate how much you contribute toward their support.<br>_____<br>_____<br>_____ |

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on this date: _1/9/2008_     Print Name _John Robert Demos_

Signature _John R. Demos_

---

**CERTIFICATION**
**(FOR PRISONER APPLICANTS ONLY)**

Have the institution fill out the Certification portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

I certify that the applicant named herein has the sum of $_____ on account to his name credit at Stafford Creek Correction Center.

_____         _____
Date                                                                       Signature

---

| ORDER OF COURT ||
|---|---|
| The application is hereby denied.<br><br>_____    _____<br>United States Judge           Date<br>Or Magistrate Judge | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.<br><br>_____    _____<br>United States Judge           Date<br>Or Magistrate Judge |

<u>ADDENDUM TO MOTION</u>

I AM BANKRUPT, AND INDIGENT, AS WELL AS INSOLVENT.

I HAVE NO FORM OF COLLATERAL.

HOWEVER, THE UNITED STATES GOVERNMENT PER THE 3/9/1933 EMERGENCY BANKING ACT IS ALSO "BANKRUPT". AND THE U.S. DOLLAR AND THE COINAGE HAS BEEN "DEBASED". HOWSO? THE U.S. CONSTITUTION OF 1787 (THE DE-JURE CONSTITUTION) MANDATED THAT "GOLD & SILVER" WAS TO BE THE COINAGE OF THE REALM, AND THAT ANYTHING LESS WAS "FRAUD & COUNTERFEITING".

GREENBACKS, AND ALL PAPER CURRENCY IS NOTHING BUT WORTHLESS PAPER.

SO NOT ONLY AM I PROCEEDING IN FORMA PAUPERIS IN THIS ACTION, BUT SO IS THE COURT.

ONE FORM OF POVERTY CANCELS OUT ANOTHER.

I MIGHT ALSO ADD, THAT THE UNITED STATES IS UNDER A STATE OF NATIONAL EMERGENCY, AS (4) U.S. PRESIDENTS HAVE INITATED NATIONAL EMERGENCIES THAT HAVE NEVER BEEN REPEALED, LINCOLN ISSUED AN EMERGENCY IN 1861, AND PLACED THE COUNTRY UNDER MARTIAL LAW. ROOSEVELT PLACED THE COUNTRY UNDER AN EMERGENCY IN 1933, TRUMAN IN 1950, NIXON IN 1970, & 1971, & BUSH IN 2001 RIGHT AFTER THE TERRORIST ATTACK ON THE NEW YORK TRADE CENTER:

THE EMERGENCIES ARE STILL IN EFFECT:

MAY IT SO PLEASE THE COURT)

/S/ _John R. Demos_____
        John Robert Demos
                #287455

1/4/2008

21