# UNITED STATES DISTRICT COURT
~~WESTERN DISTRICT OF WASHINGTON~~
NORTHERN MARIANA ISLANDS

<u>JOHN ROBERT DEMOS</u>
Plaintiff

Vs

<u>THE U.S.A., & THE STATE OF WASHINGTON.,</u>
Defendant

**WRITTEN CONSENT FOR PAYMENT OF COSTS FROM ANY RECOVERY UNDER LOCAL RULE CR 3(b)**

I, <u>JOHN ROBERT DEMOS</u>, hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

DATED this <u>7th</u> day of <u>JANUARY</u>, 200<u>8</u>.

<u>John Robert Demos</u>
Signature of Plaintiff

SCCC FD - 5

3

22

DOC: 0000287455   Name: DEMOS, JOHN R                              DOB: 08/04/1952
LOCATION: S01-316-H3008L

ACCOUNT BALANCES Total:     120.77    CURRENT:    120.77    HOLD:    0.00

                          11/01/2006      05/02/2007

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| SPENDAPLE BAL | 0.00 | 0.00 |
| SAVINGS BALANCE | 0.00 | 111.10 |
| WORK RELEASE SAVINGS | 0.00 | 0.00 |
| EDUCATION ACCOUNT | 0.00 | 0.00 |
| MEDICAL ACCOUNT | 0.00 | 0.00 |
| POSTAGE ACCOUNT | 0.00 | 9.67 |
| COMM SERV REV FUND ACCOUNT | 0.00 | 0.00 |

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS
OFFICE OF CORRECTIONAL OPERATIONS
STAFFORD CREEK CORRECTION CENTER
CERTIFIED BY: _____

DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT. |
|---|---|---|---|---|---|
| CVCS | CRIME VICTIM COMPENSATION/07112000 | 09011999 | UNLIMITED | 15.07 | 0.00 |
| COIS | COST OF INCARCERATION /07112000 | 09011999 | UNLIMITED | 60.30 | 0.00 |
| WRBD | WR ROOM AND BOARD DEBT | 04092000 | 0.00 | 161.83 | 0.00 |
| COPD | COPY COSTS DEBT | 10272003 | 8.20 | 0.00 | 0.00 |
| COPD | COPY COSTS DEBT | 06132002 | 17.60 | 0.00 | 0.00 |
| COPD | COPY COSTS DEBT | 11041999 | 54.58 | 0.00 | 0.00 |
| COPD | COPY COSTS DEBT | 04082003 | 15.20 | 0.00 | 0.00 |
| COPD | COPY COSTS DEBT | 05222001 | 8.28 | 0.00 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 08022004 | 0.00 | 15.00 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 04092000-2 | 0.00 | 12.00 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 04092000-1 | 6.00 | 32.73 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 04092000 | 10.04 | 33.00 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 02142000 | 0.00 | 3.00 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 02062003 | 0.00 | 3.00 | 0.00 |
| MEDD | MEDICAL COPAY DEBT | 03052001 | 0.00 | 33.00 | 0.00 |
| DEND | DENTAL COPAY DEBT | 10172002 | 0.00 | 3.00 | 0.00 |
| DEND | DENTAL COPAY DEBT | 04092000-1 | 0.00 | 3.00 | 0.00 |
| DEND | DENTAL COPAY DEBT | 04092000 | 0.00 | 9.00 | 0.00 |
| DEND | DENTAL COPAY DEBT | 01222003 | 2.75 | 3.25 | 0.00 |
| COI | COST OF INCARCERATION | 09011999 | UNLIMITED | 94.52 | 0.00 |
| CVC | CRIME VICTIM COMPENSATION | 09011999 | UNLIMITED | 72.24 | 0.00 |
| SPHD | STORES PERSONAL HYGIENE DEBT | 04092000-2 | 5.75 | | 0.00 |
| SPHD | STORES PERSONAL HYGIENE DEBT | 04092000-1 | 8.42 | | 0.00 |
| SPHD | STORES PERSONAL HYGIENE DEBT | 04092000 | 26.32 | | 0.00 |
| TVD | TV CABLE FEE DEBT | 08092003 | 10.00 | 0.00 | 0.00 |
| TVD | TV CABLE FEE DEBT | 04092000-2 | 4.89 | | 0.00 |
| TVD | TV CABLE FEE DEBT | 04092000-1 | 0.50 | | 0.00 |
| TVD | TV CABLE FEE DEBT | 04092000 | 16.51 | | |

05/02/2007 13:33                Department of Corrections                    Page  2 Of   4
JROLIVER                    STAFFORD CREEK CORRECTIONS CENTER                      OTRTASTA
                              T R U S T   A C C O U N T   S T A T E M E N T       6.03.1.0.1.2

Case 1:08-cv-00006   Document 1-4   Filed 02/06/2008   Page 3 of 6

DOC: 0000287455     Name: DEMOS, JOHN R                         DOB: 08/04/1952
LOCATION: S01-316-H3008L

## DEBTS AND OBLIGATIONS

| TYPE  | PAYABLE                     | INFO NUMBER   | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT. |
|-------|-----------------------------|---------------|-------------:|------------:|---------------:|
|       |                             |               |              |             | 0.00           |
| TVD   | TV CABLE FEE DEBT           | 12121999      | 0.50         | 2.00        | 0.00           |
| TVD   | TV CABLE FEE DEBT           | 11092002      | 3.86         | 0.00        | 0.00           |
| TVD   | TV CABLE FEE DEBT           | 03102001      | 3.00         | 0.00        | 0.00           |
| WDCD  | WESTERN DISTRICT COURT DEBT | C99-0354WD    | 0.00         | 300.00      | 0.00           |
| WDCD  | WESTERN DISTRICT COURT DEBT | 04092000      | 3028.61      | 2.93        | 0.00           |
| WDCD  | WESTERN DISTRICT COURT DEBT | C99-1412P     | 120.50       | 29.50       | 0.00           |
| WDCD  | WESTERN DISTRICT COURT DEBT | 02CV076-1-MU  | 150.00       | 0.00        | 0.00           |
| WDCD  | WESTERN DISTRICT COURT DEBT | MC05-0069     | 250.00       | 0.00        | 0.00           |
| EDCD  | EASTERN DISTRICT COURT DEBT | 04092000      | 86.37        | 153.63      | 0.00           |
| EDCD  | EASTERN DISTRICT COURT DEBT | CC99-1412P    | 0.00         | 0.00        | 0.00           |
| NDCD  | NINTH CIRCUIT COURT DEBT    | 04092000-1    | 3289.12      | 145.88      | 0.00           |
| NDCD  | NINTH CIRCUIT COURT DEBT    | 04092000      | 1451.44      |             | 0.00           |
| LFO   | LEGAL FINANCIAL OBLIGATIONS | 19991105      | 0.00         | 30.00       | 0.00           |
| POSD  | POSTAGE DEBT                | 08262003      | 22.60        | 0.00        | 0.00           |
| POSD  | POSTAGE DEBT                | 09011999      | 0.00         | 20.47       | 0.00           |
| POSD  | POSTAGE DEBT                | 04092000-4    | 134.97       |             | 0.00           |
| POSD  | POSTAGE DEBT                | 04092000-3    | 577.11       |             | 0.00           |
| POSD  | POSTAGE DEBT                | 04092000-2    | 1052.27      |             | 0.00           |
| POSD  | POSTAGE DEBT                | 12031999      | 110.39       | 11.17       | 0.00           |
| POSD  | POSTAGE DEBT                | 04092000-1    | 166.11       |             | 0.00           |
| POSD  | POSTAGE DEBT                | 04092000      | 386.49       |             | 0.00           |
| TVRTD | TV RENTAL FEE DEBT          | 01162004      | 9.00         | 0.00        | 0.00           |
| HYGA  | INMATE STORE DEBT           | 08052003      | 468.82       | 19.80       | 0.00           |
| HYGA  | INMATE STORE DEBT           | 04122002      | 77.07        | 0.00        | 0.00           |
| HYGA  | INMATE STORE DEBT           | 02012001      | 77.01        | 0.00        | 0.00           |
| HYGA  | INMATE STORE DEBT           | 04032000      | 104.36       | 7.66        | 0.00           |
| HYGA  | INMATE STORE DEBT           | 11182002      | 51.48        | 0.00        | 0.00           |
| HYGA  | INMATE STORE DEBT           | 02202001      | 228.41       | 7.40        | 0.00           |
| LMD   | LEGAL MAIL DEBT             | 08112003      | 317.32       | 0.00        | 0.00           |
| LMD   | LEGAL MAIL DEBT             | 04162002      | 125.36       | 0.00        | 0.00           |
| LMD   | LEGAL MAIL DEBT             | 03282006      | 10.36        | 0.00        | 0.00           |
| LMD   | LEGAL MAIL DEBT             | 07072000      | 347.47       | 0.00        | 0.00           |
| MISCD | MISCELLANEOUS DEBT          | 01242004      | 8.80         | 0.00        | 0.00           |
| MISCD | MISCELLANEOUS DEBT          | 04092000-4    | 94.85        |             | 0.00           |
| MISCD | MISCELLANEOUS DEBT          | 04092000-3    | 289.74       |             | 0.00           |

05/02/2007 13:33　　　　　　Department of Corrections　　　　　　　Page 3 Of 4
JROLIVER　　　　　　　STAFFORD CREEK CORRECTIONS CENTER　　　　　　OTRTASTA
　　　　　　　　　T R U S T　A C C O U N T　S T A T E M E N T　　　　6.03.1.0.1.2

Case 1:08-cv-00006　Document 1-4　Filed 02/06/2008　Page 4 of 6

DOC: 0000287455　　Name: DEMOS, JOHN R　　　　　　　　DOB: 08/04/1952
LOCATION: S01-316-H3008L

## DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT. |
|---|---|---|---|---|---|
| MISCD | MISCELLANEOUS DEBT | 04092000-2 | 244.50 | | 0.00 |
| MISCD | MISCELLANEOUS DEBT | 04092000-1 | 1981.74 | | 0.00 |
| MISCD | MISCELLANEOUS DEBT | 04092000 | 433.88 | | 0.00 |
| UPSD | PERSONAL PROPERTY POSTAGE DEBT | 04242001 | 0.42 | 0.00 | 0.00 |
| WDCWD | US D.C. FOR W. DIST. OF WISCONSIN DEBT | 03-3947 | 255.00 | 0.00 | 0.00 |
| WDCWD | US D.C. FOR W. DIST. OF WISCONSIN DEBT | 03-C-594-S | 122.25 | 27.75 | 0.00 |
| USDCND | US D.C FOR DIST OF NEBRASKA DEBT | 4:03CV3371 | 150.00 | 0.00 | 0.00 |
| EDCMD | US D.C. FOR E. DIST OF MICHIGAN DEBT | 03-CV-60222- | 150.00 | 0.00 | 0.00 |
| USDCAD | US D.C. FOR E. DIST OF CA | CIV-S-05-245 | 250.00 | 0.00 | 0.00 |
| USDCI | US D.C. FOR N. DIST OF ILLINOIS | 05-C-7019 | 250.00 | 0.00 | 0.00 |

TRANSACTION DESCRIPTIONS --　　　　　　　SPENDABLE BAL  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 04/25/2007 | AD | INTERFACE-I03 | 0.00 | 0.00 |
| 05/02/2007 | TIR | Transfer in Reg, Sav, Ed, Med from AE1 | 0.00 | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 1.59 | 1.59 |
| 05/02/2007 | LM | LEGAL MAIL | ( 1.59) | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 0.63 | 0.63 |
| 05/02/2007 | LM | LEGAL MAIL | ( 0.63) | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 0.63 | 0.63 |
| 05/02/2007 | LM | LEGAL MAIL | ( 0.63) | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 0.87 | 0.87 |
| 05/02/2007 | LM | LEGAL MAIL | ( 0.87) | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 0.63 | 0.63 |
| 05/02/2007 | LM | LEGAL MAIL | ( 0.63) | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 0.63 | 0.63 |
| 05/02/2007 | LM | LEGAL MAIL | ( 0.63) | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 0.63 | 0.63 |
| 05/02/2007 | LM | LEGAL MAIL | ( 0.63) | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 0.63 | 0.63 |
| 05/02/2007 | LM | LEGAL MAIL | ( 0.63) | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 0.63 | 0.63 |
| 05/02/2007 | LM | LEGAL MAIL | ( 0.63) | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 4.05 | 4.05 |
| 05/02/2007 | LM | LEGAL MAIL | ( 4.05) | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 0.87 | 0.87 |
| 05/02/2007 | LM | LEGAL MAIL | ( 0.87) | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 0.87 | 0.87 |
| 05/02/2007 | LM | LEGAL MAIL | ( 0.87) | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 1.35 | 1.35 |

Department of Corrections
STAFFORD CREEK CORRECTIONS CENTER　　　　　　　　　　　　　　　　　　　OTRTASTA
T R U S T　　A C C O U N T　　S T A T E M E N T　　　　　　　　6.03.1.0.1.2

DOC: 0000287455　　Name: DEMOS, JOHN R　　　　　　　　DOB: 08/04/1952
LOCATION: S01-316-H3008L

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 05/02/2007 | LM | LEGAL MAIL | ( 1.35) | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 0.87 | 0.87 |
| 05/02/2007 | LM | LEGAL MAIL | ( 0.87) | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 0.87 | 0.87 |
| 05/02/2007 | LM | LEGAL MAIL | ( 0.87) | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 1.11 | 1.11 |
| 05/02/2007 | LM | LEGAL MAIL | ( 1.11) | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 1.35 | 1.35 |
| 05/02/2007 | LM | LEGAL MAIL | ( 1.35) | 0.00 |
| 05/02/2007 | LMD | LEGAL MAIL DEBT | 1.83 | 1.83 |
| 05/02/2007 | LM | LEGAL MAIL | ( 1.83) | 0.00 |
| 05/02/2007 | HYGA | INMATE STORE DEBT (AUTO) | 8.55 | 8.55 |
| 05/02/2007 | CRS | CRS SAL ORD #3969044STR | ( 8.55) | 0.00 |

```
05/02/2007                    DEPARTMENT OF CORRECTIONS                Page   1   of   1
JROLIVER                   STAFFORD CREEK CORRECTIONS CENTER                    OIRPLRAR
                                                                              6.03.1.0.1.2
                           PLRA IN FORMA PAUPERIS STATUS REPORT
                     FOR DEFINED PERIOD :  11/01/2006   TO  04/30/2007
```

DOC : 0000287455      NAME : DEMOS JOHN                       ADMIT DATE :07/18/1978

DOB : 08/04/1952                                              ADMIT TIME :00:00

| AVERAGE MONTHLY RECEIPTS | 20% OF RECEIPTS | AVERAGE SPENDABLE BALANCE | 20% OF SPENDABLE |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 |

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS
OFFICE OF CORRECTIONAL OPERATIONS
STAFFORD CREEK CORRECTION CENTER
CERTIFIED BY: [signature]