F I L E D
Clerk
District Court

FEB -7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>Plaintiff<br><br>v.<br><br>THE STATE OF WASHINGTON, et al.,<br><br>Defendants | Civil No. 08-0006<br><br>ORDER DENYING IN FORMA PAUPERIS APPLICATION; DISMISSING LAWSUIT; and, CLOSING FILE |

Petitioner John Robert Demos Jr., a Washington state prisoner, has submitted a petition that the court construes as brought pursuant to 28 U.S.C. § 2254.[1] Demos gives no details relating to his conviction, or any cogent statement why his

---

[1] It is extremely difficult to parse petitioner's arguments, but a portion of the relief he seeks is that he "be immediately awarded my release from prison, restraint of his liberty, and set free." (Petition at 10.)

conviction or sentence are in violation of the laws of the United States, or why he has filed this action in the Commonwealth of the Northern Mariana Islands, where he was neither convicted nor is incarcerated. Demos has also filed an *in forma pauperis* application.

Demos has been deemed an abusive litigant. To date, he has filed at least 488 actions in the United States courts. *See* U.S. Party/Case Index, http://pacer.psc.uscourts.gov. He is under pre-filing review orders in several of these courts, including the Western and Eastern Districts of Washington, the Washington state courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See, e.g., Demos v. Storrie*, 507 U.S. 290, 291 (1993). The United States District Court for the Western District of Washington, the district in which Demos is incarcerated, has a standing order providing for the return without filing of any petition that Demos files pursuant to §§ 1651, 2253, or 2254, unless the submission is accompanied by a filing fee. *See Demos v. Stanley*, MS97-0031 (W.D. Wash., March 13, 1997). Additionally, Demos is allowed to submit only three *in forma pauperis* applications and proposed actions each year in that court. *See In re John Robert Demos*, MS91-269 (W.D. Wash., Jan. 16, 1982).

Most important, the present petition is duplicative of a petition filed on January 10, 2008, in the United States District Court for the Western District of Washington, *see Demosv. State of Washington, et al.*, 08-mc-00013 JLR (W.D. Wash.,

AO 72
(Rev. 08/82)

Jan.10, 2008), and one filed in the United States District Court for the District of Hawaii, Civil No. 08-00031-SOM-KSC (January 14, 2008). For that reason, it is demonstrably frivolous. *See Cato v. United States,* 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (action is frivolous if complaint "merely repeats pending or previously litigated claims").

This court now dismisses this action for lack of jurisdiction. Demos fails to name a proper respondent to the petition. *See* Rule 2(a), 28 U.S.C. foll. § 2254; *Stanley v. California,* 21 F.3d 359, 360 (9th Cir. 1994). Demos also fails to bring the petition in the district where he was either convicted or is confined. *See* 28 U.S.C. § 2241(d); *Rumsfeld v. Padilla,* 542 U.S. 426, 433 (2004). This court can conceive of no set of circumstances in which filing in this district would be proper. Accordingly,

1. Demos's *in forma pauperis* application is denied; and,

2. Demos's Petition is dismissed with prejudice; and,

3. The Clerk is directed to close this case.

IT IS SO ORDERED.

DATED this 7th day of February, 2008.

_____
ALEX R. MUNSON
Judge